HOSPITAL FOR JOINT DISEASES et al., Respondents, v TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY et al., Appellants.

Submitted September 10, 2007; decided September 18, 2007

Reported below, 34 AD3d 532.

Motion by New York Insurance Association, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

MONROE YALE MANN, Respondent, v BERNARD ABEL et al., Appellants, et al., Defendants.

Submitted August 6, 2007; decided September 18, 2007

Reported below, 37 AD3d 778.

Motion to dismiss the appeal herein denied.

In the Matter of MELVIN J., a Person Alleged to be a Juvenile Delinquent, Appellant.

Submitted July 9, 2007; decided September 18, 2007

Reported below, 35 AD3d 609.

Motion for leave to appeal dismissed upon the ground that it does not lie, appellant having previously moved in the Court of Appeals for leave to appeal (8 NY3d 957 [2007]) from the same Appellate Division order from which he currently seeks leave to appeal. Motion for poor person relief dismissed as academic.

ERNO NUSSENZWEIG, Appellant, v PHILIP-LORCA DICORCIA et al., Respondents.

Submitted September 10, 2007; decided September 18, 2007

Reported below, 38 AD3d 339.

Motion by the New York Times Company et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

Chief Judge KAYE taking no part.